IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　　　PLAINTIFF

vs.　　　　　　　　　　CASE NO. **4:05CR000139-02GH**

ROBERT LEE PHILLIPS　　　　　　　　　　　　　　　　　　　　DEFENDANT

**ORDER**

Pending before the Court is defendant's motion for reconsideration of the Court's Order rescinding the authorization of the mitigation specialist and requests that the Court allow investigative costs beyond the statutory amount of $7500.00. The government concurs with the request, noting that obtaining funding now will negate the need for a continuance of the April 16, 2007 trial.

The Court has reconsidered. While the Court agrees that a death qualified investigator and mitigation specialist are necessary at this point, defendant has not provided an estimate of the anticipated expense. The failure to do so was noted in the earlier Order rescinding the authorization.

Therefore, while the Court will approve the hiring of a mitigation specialist and authorize investigative services beyond the statutory amount, the Court will not do so until defendant submits anticipated expense of these services.

Accordingly, the motion for reconsideration is granted as set forth above.

IT IS SO ORDERED this 18th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　　　　*George Howard, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-