IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

vs.                                        CASE NO. **4:05CR000139GH**

JOSHUA LEE HOWE
and ROBERT LEE PHILLIPS                                                           DEFENDANT

**ORDER**

Defendants have submitted a number of requests for authorization of experts and investigative services. The last request by defendant was characterized as a proposed case budget.

The Judicial Conference of the United States encourages courts to use case budgeting in federal death penalty cases. *See* paragraph 6.02F of the Guidelines for the Administration of the Criminal Justice Act and Related Statutes (CJA Guidelines), Vol. 7, *Guide to Judiciary Policies and Procedures.* "Courts are encouraged to require appointed counsel to submit a proposed initial litigation budget for court approval that will be subject to modification in light of facts and developments that emerge as the case proceeds." *Id*

Case-budgeting worksheets have been developed by the Office of Defender Services, Administrative Office of the United States Courts to assist the Court and counsel in preparing and approving a realistic case budget. Before the Court will approve any additional expenditures, defense counsel should follow the procedure in the explanatory memorandum to complete and submit their proposed case budget. The explanatory memorandum and worksheets can be found at www.fd.org. The budget worksheets should be submitted as soon as possible.[1]

---

[1] The explanatory memorandum states:
Counsel may submit a detailed, supporting memorandum with the worksheets.

-1-

The government has not yet received authorization from the Attorney General for the death penalty. The Judicial Conference recommends that courts "exercise their supervisory powers to ensure that the death penalty authorization process proceeds expeditiously." Defendants were indicted on May 4, 2005. A superseding indictment was filed on October 5, 2005. The government shall file a report sixty days regarding the status of the authorization process.

Accordingly, Phillips' *ex parte* motion for investigative and expert services (document no. 86) is denied without prejudice to resubmit in accordance with this Order.

IT IS SO ORDERED this 16th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

There are both *detailed* and *summary* worksheets for each of the four types of services: attorney, investigator, expert, and "other." It is anticipated that the summary worksheets for each service provider would be submitted by appointed counsel. (The work of providers of the same type of service, including defense counsel, may be combined on one form, with counsel explaining the division of labor between them.) The court has the option of requesting that counsel prepare one or more of the detailed worksheets, depending on whether the summary worksheet(s) and any supporting memoranda supply the court with sufficient information to assess the budget.