AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
## *Eastern District of Arkansas*

**UNITED STATES OF AMERICA**

v.

**ROBERT LEE PHILLIPS**

JUDGMENT OF ACQUITTAL

CASE NUMBER:   4:05CR00139-02 RTD

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 26 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

**ROBERT T. DAWSON, DISTRICT JUDGE**
Name and Title of Judicial Officer

July 26, 2007
Date